# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 26, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157210(83)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 157210
COA: 322820
Livingston CC: 12-020831-FH

DENNIS KEITH TOWNE,
      Defendant-Appellant.
_____/

      By order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before June 7, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 26, 2019



Clerk